# UNITED STATES DISTRICT COURT
## for the SOUTHERN DISTRICT OF INDIANA,
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK McCLESKEY, Trustee, and INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> WALTER GIANINO, d/b/a Gianino Plastering, <br><br> Defendant. | CAUSE NO. 1:11-cv-791-JMS-DKL |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### on
### Plaintiffs' *Application for Order of Judgment in Sum Certain* [doc. 17]

No objections having been filed thereto, the magistrate judge's recommended disposition of Plaintiffs' *Application for Order of Judgment in Sum Certain* and the grounds therefore, *Report and Recommendation* [dkt. 31], are adopted by the Court. The Court finds and concludes that judgment should be entered in favor of Plaintiffs and against Defendant in the sum of $196,940.73. A separate default judgment will issue.

**SO ORDERED.**

Date: 08/14/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Ryan Michael Hurley
FAEGRE BAKER DANIELS, L.L.P. — Indianapolis
ryan.hurley@FaegreBD.com

Donald D. Schwartz
ARNOLD & KADJAN
dschwartz@arnoldandkadjan.com

John Edward Taylor
THE LAW OFFICE OF JOHN TAYLOR, L.L.C.
john.taylor@bakerd.com